# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 85 WM 2015 |
| Respondent | : | |
| v. | : | |
| WAYNE PETTAWAY, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2015, the Application for Extraordinary Relief and the Application for Relief are **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.